IN THE
TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---------------
NO. 03-14-00655-CR
---------------

NATHANIEL FRAZIER, APPELLANT,
PRO SE

V.

THE STATE OF TEXAS, APPELLEE

FILED
September 17, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

APPEAL FROM THE 391ST DISTRICT COURT OF TOM GREEN COUNTY,
NO. D-13-0958-SA, THE HONORABLE THOMAS J. GOSSETT, JUDGE PRESIDING

SECOND MOTION FOR EXTENSION OF TIME TO FILE
APPELLANT"S PRO SE BRIEF OR RESPONSE TO ANDER"S BRIEF
*****************************************************

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW, NATHANIEL J. FRAZIER, Jr,** TDCJ-ID #01942796, styled herinafter as "pro se" Appellant, and respectfully urges this Honorable Court to grant him additional time to file his direct appeal for the foregoing reasons;

RECEIVED
SEP 1 7 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

I.
**REASONS FOR ADDITIONAL TIME**

This Honorable Court recently set the deadline for filing a direct appeals brief at the date of **October 7, 2015.** However, due to exceptional circumstances, the Appellant is requesting an additional 90-days for the foregoing reasons;

*** The Appellant is a complete layman to law and all of it's complicated rules and procedures, therefore asserting that he should not be held to the exact same time constraints as a licensed Atty.

*** The Appellant recently discovered that his unit's law-library uses a Shepardizing on-line system to gather cases for it's inmates,

( 1 of 2 )

this in itself is extremely time consuming and places the Appellant in a disadvantaged position, whereas he's forced to wait days before he can receive cases pertinent to composing his direct appeals brief.

*** The Appellant just received noticed from this Honorable Court supplying him with a "Corrected Notice" letter, in which the Appellant was asked if his a) Reporters's Records; and b) Clerk's Records were received in full. In response, the Appellant is currently investigating his records to determine if he possess a complete file., etc...

*** For these reasons, the Appellant is requesting additional time to file his direct appeals brief.

### PRAYER FOR RELIEF
*******************

WHEREFORE, PREMISES CONSIDERED, the Appellant prays that this Motion is [GRANTED] by adjusting his current deadline-date from October 7, 2015 to January 7, 2016, or any other such time this Honorable Court deems necessary in accord with the reasons stated herein.

[EXECUTED THIS THE _14TH_ DAY OF SEPTEMBER, 2015]


Respectfully Submitted,

Nathaniel J. Frazier Jr.


Mr. Nathaniel J. Frazier Jr.
John B. Connally Unit
899 FM 632
TDCJ NO. 01942796
Kenedy, TX 78119-4516

NATHANIEL FRAZIER #1942796
CONNALLY UNIT
899  FM  632
KENEDY, TEXAS 78119

***US***
**LEGAL**
*MAIL*

15TH OF SEPTEMBER 2015   78711254747

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
15 SEP 2015 PM 3 L

JEFFREY D. KYLE, CLERK
THIRD COURT OF APPEALS
P.O. BOX 12547
AUSTIN, TEXAS 78711

19